PROB 12B
(7/93)

Report Date: December 6, 2010

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 09 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jose Terrazas                      Case Number: 2:99CR02106-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 2/8/2002                  Type of Supervision:   Supervised Release

Original Offense: Distribution of a Mixture          Date Supervision Commenced: 08/20/2010
Containing 5 Grams or More of Pure
Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 121 Months; TSR - 96     Date Supervision Expires: 08/19/2018
Months

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

15   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

The above modification is recommended based on recent 9th Circuit case law, which requires the Court to specify a specific number of urine tests to be set. Enclosed is a waiver signed by the defendant for the Courts review.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/06/2010

*[signature]*
U.S. Probation Officer

### THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*[signature]*
Signature of Judicial Officer

12/9/10
Date

PROB 49
(3/89)

# United States District Court

Eastern **District** Washington

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall abstain from the use of illegal controlled substances and shall submit to urinalysis testing as directed by the supervising Probation Officer, but no more than six tests per month, in order to confirm continued abstinence from the use of controlled substances.

Witness _____  Signed _____
U.S. Probation Officer                              Probationer or Supervised Releasee

11/19/2010
Date