PROB 12B
(7/93)

Report Date: July 25, 2011

**United States District Court**

for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 25 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jose Terrazas          Case Number: 2:99CR02106-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 2/8/2002          Type of Supervision:   Supervised Release

Original Offense: Distribution of a Mixture          Date Supervision Commenced: 08/20/2010
Containing 5 Grams or More of Pure
Methamphetaine, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 121 Months; TSR - 96          Date Supervision Expires: 08/19/2018
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16      You shall abstain from the use of alcohol, and shall submit to Breathalyzer testing as directed by the
        probation officer, in order to confirm continued abstinence.

### CAUSE

On August 20, 2010, Mr. Terrazas commenced his term of supervised release in the Central District of California. On June 12, 2011, he was arrested for driving under the influence by the Ontario Police Department in Ontario, California. Mr. Terrazas is currently out of custody, but is scheduled to appear in Los Angeles County Superior Court on August 16, 2011, on the pending matter. It should be noted that although he completed an outpatient treatment program in March 2011, he will be referred for additional treatment services as a result of his recent arrest.

Based on the above information, the defendant's supervising probation officer in the Central District of California is requesting his conditions of supervision be modified to include an alcohol restriction and Breathalyzer testing condition. Enclosed is a waiver signed by Mr. Terrazas agreeing to the modification.

Prob 12B
**Re:  Terrazas, Jose**
**July 25, 2011**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 25, 2011

s/Jose Vargas

U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer

July 25, 2011

Date

PROB 49
(3/89)

# United States District Court

_____Eastern_____  **District** _____Washington_____

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall abstain from the use of alcohol, and shall submit to breathalyzer testing as directed by the Probation Officer,  in order to confirm the defendants continued abstinence.

Witness _____          Signed _____
          U.S. Probation Officer                        Probationer or Supervised Releasee

                    _____6/24/11_____
                           Date